**PURDUE PHARMACEUTICAL PRODUCTS L.P., Purdue Pharma L.P., Transcept Pharmaceuticals, Inc., nka Paratek Pharmaceuticals, Inc., Plaintiffs–Appellants**

v.

**ACTAVIS ELIZABETH LLC, Novel Laboratories, Inc., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., Defendants–Appellees**

**PAR Pharmaceutical, Inc., TWI Pharmaceuticals, Inc., Defendants.**

No. 2015–1659.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2016.

Christopher Neil Sipes, Covington & Burling LLP, Washington, DC, argued for plaintiffs-appellants. Also represented by Erica Nicole Andersen, Michael N. Kennedy.

Jacob M. Holdreith, Robins Kaplan LLP, Minneapolis, MN, argued for all defendants-appellees. Defendant-appellee Novel Laboratories, Inc. also represented by Miles Finn, Jeffrey Alan Hovden, Oren D. Langer, New York, NY.

Samuel S. Park, Winston & Strawn LLP, Chicago, IL, for defendant-appellee Actavis Elizabeth LLC. Also represented by Dan Hoang; Charles B. Klein, Washington, DC.

Jeffrey B. Arnold, Cantor Colburn LLP, Atlanta, GA, for defendants-appellees Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd. Also represented by Steven M. Coyle, Nicholas Geiger, Hartford, CT.

LOURIE, DYK, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.